## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER,<br>2211 14th Street, N.E.<br>Washington, D.C. 20018<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05cv2207 (RMU)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

Respectfully submitted,

　/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843