UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER,            )<br>                               )<br>           Plaintiff,          )<br>                               )<br>      v.                       )<br>                               )<br> UNITED STATES OF AMERICA,     )<br>                               )<br>           Defendant.          )<br>                               ) | Civil Action No. 05cv2207 (RMU) |

**CONSENT PROTECTIVE MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant United States of America hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time, to January 20, 2006 to respond to plaintiff's Complaint.[1]

1.  This motion is filed for protective purposes, as the United States, through the United States Attorney's Office was served with the Complaint on November 21, 2005, and, the Summons attached to the Complaint incorrectly specifies that the Defendant has 20 days in which to respond. However, under the Federal Civil Rules the United States, its agencies, or its employees actually have 60 days in which to respond. See Fed. R. Civ. P. 12(a)(3)(A) ("The United States, an agency of the United States, or an officer or employee of the United States sued in an official capacity, shall serve an answer to the complaint or cross-claim – or a reply to a counterclaim – within 60 days after the United States attorney is served with the pleading asserting the claim").

---

[1] By way of this protective motion for an extension of time, the Defendant submits that it has not waived any defense or defenses available to it under Fed. R. Civ. P. 12 or otherwise, including lack of jurisdiction or immunity from suit.

2. Pursuant to Local Rule 7(m), counsel for the Defendant called Plaintiff's counsel to discuss the above motions. Plaintiff's counsel advised government counsel that Plaintiff consents to the requested enlargement of time.

For the foregoing reasons, Defendant respectfully requests that this protective motion for an enlargement of time be granted.

A proposed order consistent with this motion is attached herewith.

Respectfully submitted,

  /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


  /s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843