## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>  Defendant. )<br>) | Civil Action No. 05cv2207 (RMU) |

### ORDER

Upon consideration of Defendant's Consent Protective Motion for Enlargement of Time, and the fact that Plaintiff consents thereto, it is this _____ day of _____, 2005

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before January 20, 2006.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE