**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHARLES A. SHULER** | : |
|     **Plaintiff,** | : |
|     v. | :   **Civil Action No. 05-2207** |
| **UNITED STATES OF AMERICA,** | : |
|     **Defendant.** | : |

### PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Paul Cornoni, Esquire, as co-counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: _____/s/_____
Patrick M. Regan     #336107
Thanos Basdekis     #463692
Paul Cornoni     #489398
1919 M Street, NW, Suite 350
Washington, DC 20036
Ph: (202) 463-3030
*Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Praecipe Entering Appearance was sent via electronic filing, this 1st day of December, 2005, to the following:

>Darrell C. Valdez, Esquire
>United States Department of Justice
>darrell.valdez@usdoj.gov

_____/s_____
Paul Cornoni

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -