UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES A. SHULER                    :

      Plaintiff,                    :

v.                                   : Civil Action No. 05-2207

UNITED STATES OF AMERICA,            :

      Defendant.                    :

## AFFIDAVIT OF SERVICE

I, PATRICK M. REGAN, hereby depose and state that:

1.  I am a partner with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by Plaintiff Charles Shuler in connection with this litigation.

2.  On November 15, 2005, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America. c/o Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

3.  On November 30, 2005, I received a Notice of Electronic Filing regarding the Notice of Appearance filed by Darrell C. Valdez on behalf of Defendant United States of America. (Attachment A)

4.  On December 7, 2005, I obtained a Track & Confirm notice from the United States Postal Service website verifying that the Summons and Complaint was delivered on November 21, 2005. (Attachment B)

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

5. On November 15, 2005, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America c/o Hon. Alberto Gonzales, Attorney General of the United States of America, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

6. On December 7, 2005, I obtained a Track & Confirm notice from the United States Postal Service website verifying that the Summons and Complaint was delivered on November 21, 2005. (Attachment C).

FURTHER SAITH AFFIANT NOT.

_____
Patrick M. Regan

Subscribed and sworn to before me this 8th day of December 2005.

_____
Notary Public

My Commission Expires:
May 31, 2006

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030