**Kerns, Ellen**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Wednesday, November 30, 2005 5:44 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-02207-RMU SHULER v. UNITED STATES OF AMERICA "Notice of Appearance"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Valdez, Darrell C. entered on 11/30/2005 at 5:44 PM EDT and filed on 11/30/2005

**Case Name:**          SHULER v. UNITED STATES OF AMERICA
**Case Number:**       1:05-cv-2207
**Filer:**                    UNITED STATES OF AMERICA
**Document Number:** 2

**Docket Text:**
NOTICE of Appearance by Darrell C. Valdez on behalf of UNITED STATES OF AMERICA (Valdez, Darrell)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\DValdez\Civil\Shuler - Entry of Appearance.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/30/2005] [FileNumber=956274-0]
[99b011bcf38f2a041973794cce493f38d52dd5d69b05b7819e818483c1c876b23454
4ae1ec9903ed975ca765cf185afe65f8a79260d400da09cde0e55a873ac3]]

**1:05-cv-2207 Notice will be electronically mailed to:**

Patrick M. Regan       pregan@rhllaw.com, lkurlantzick@rhllaw.com; ekerns@rhllaw.com

Darrell C. Valdez     darrell.valdez@usdoj.gov,

**1:05-cv-2207 Notice will be delivered by other means to:**

12/07/2005