

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0550 0001 2356 5719**
Status: **Delivered**

Your item was delivered at 3:20 am on November 21, 2005 in WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .83 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here
11/15/05

Sent To: K. Wainstein US Atty DC
Street, Apt. No.; or PO Box No. 555-4th St, NW, Jud Ctr
City, State, ZIP+4 WDC 20530

PS Form 3800, June 2002     See Reverse for Instructions

(label: 7004 0550 0001 2356 5719)