

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 0550 0001 2356 5726**
Status: **Delivered**

Your item was delivered at 3:20 am on November 21, 2005 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]  ( Go > )

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .83 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here
11/15/05

Sent To     Alberto Gonzales-Atty Gen
Street, Apt. No.;
or PO Box No.   USDOJ, 950 PA Ave, NW
City, State, ZIP+4   WDC   20530-0001

PS Form 3800, June 2002       See Reverse for Instructions

7004 0550 0001 2356 5726