UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES A. SHULER           :

      Plaintiff,           :

v.                          :   Civil Action No. 05-2207

UNITED STATES OF AMERICA,   :

      Defendant.          :

## AFFIDAVIT OF SERVICE: UNITED STATES OF AMERICA

I, PATRICK M. REGAN, hereby depose and state that:

1.   I am a partner with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by Plaintiff Charles Shuler in connection with this litigation.

2.   On November 15, 2005, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America c/o the Honorable Alberto Gonzales, Attorney General of the United States of America, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

3.   On December 12, 2005, I received the Return Receipt verifying that a representative of Mr. Gonzales accepted service of the Summons and Complaint on November 29, 2005. The Domestic Return Receipt is attached hereto.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

FURTHER SAITH AFFIANT NOT.

_____
Patrick M. Regan

Subscribed and sworn to before me this 19th day of December 2005.

_____
Notary Public

Sherri E. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2006

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) NOV 2 9 2005  C. Date of Delivery |
| 1. Article Addressed to:<br>Hon. Alberto Gonzales<br>US Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED DEC 1 2 2005 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |