UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2207 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

AFFIDAVIT OF SERVICE:
UNITED STATES OF AMERICA

I, PATRICK M. REGAN, hereby depose and state that:

1. I am a partner with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by Plaintiff Charles Shuler in connection with this litigation.

2. On November 15, 2005, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America c/o Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

3. On December 19, 2005, I received the Return Receipt verifying that a representative of Mr. Wainstein accepted service of the Summons and Complaint on November 29, 2005. The Domestic Return Receipt is attached hereto.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

FURTHER SAITH AFFIANT NOT.

_____
Patrick M. Regan

Subscribed and sworn to before me this 28th day of December 2005.

*Sherri E. Johnson*
*Notary Public, District of Columbia*
*My Commission Expires March 31, 2008*

_____
Notary Public

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernst H. Lee_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>NOV 2 9 2005 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>US Atty for DC<br>Judiciary Center<br>555-4th St, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below ☐ No<br><br>RECEIVED<br>DEC 1 9 2005 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0001 2356 5719 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |