IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05cv2207 (RMU) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO RESPOND
TO THE COMPLAINT**

Defendant United States, respectfully moves this Court for an Order enlarging the time an additional two weeks, up to and including February 3, 2006, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Defendant respectfully states as follows:

1. Plaintiff Charles Shuler brought this action under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq., alleging that the Federal Bureau of Investigation and the Drug Enforcement Administration acted negligently in protecting his identity as a confidential informant for the FBI. The government's response is currently due January 20, 2006.

2. The enlargement is needed because the undersigned Assistant United States Attorney is currently involved in the trial of Jinks-Umstead v. England, 99cv2691, scheduled for January 19-26, 2006; and filing dispositive pleadings in the class action matter Rice v. United States, 00cv2960; and filing a motion to dismiss in Webb v. Lappin, 05cv0381. Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

3.       Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including February 3, 2006, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

January 17, 2006                                        Respectfully submitted,


 /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


 /s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER,              )<br>                                                  )<br>            Plaintiff,               )<br>                                                  )<br>   v.                                         )<br>                                                  )<br>UNITED STATES OF AMERICA, )<br>                                                  )<br>            Defendant.             )<br>                                                  ) | Civil Action No. 05cv2207 (RMU) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time To Respond To the Complaint, it is this _____ day of January, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint is enlarged, up to and including February 3, 2006.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE