UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER,              ) | |
|                                 ) | |
| Plaintiff,       ) | |
|                                 ) | |
| v.                              ) | Civil Action No. 05cv2207 (RMU) |
|                                 ) | |
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
| Defendant.       ) | |
|                                 ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, and the Plaintiff's Opposition thereto, and the entire record in this case; and the Court having found that the Court lacks jurisdiction over the subject matter pursuant to the Federal Tort Claims Act, it is this _____ day of _____, 2006

ORDERED that the Motion to Dismiss is GRANTED, and it is further

ORDERED that the matter be dismissed with prejudice.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE