## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES A. SHULER                              :

     Plaintiff,                               :

     v.                                       :  Civil Action No.  05-2207
                                                (RMU)

UNITED STATES OF AMERICA,                      :

     Defendant.                               :


### CONSENT MOTION FOR EXTENSION OF TIME

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court extend by one month until March 13, 2006, the date for submission of Plaintiff's Opposition to Defendant's Motion to Dismiss.  <u>Counsel for Defendant has consented to the requested extension of time</u> and Plaintiff cites good faith press of business and scheduling difficulties as necessitating the requested extension.  In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached Order extending the date for Plaintiff's Opposition until March 13, 2006.  This is the Plaintiff's first request for an extension of time and Plaintiff does not intend to seek any additional extensions of time regarding Defendant's Motion.

In further support of her Motion, the Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC


By:             _/s/____
        Patrick M. Regan      #336107
        Thanos Basdekis      #463692
        Paul Cornoni         #489398
        1919 M Street, NW, Suite 350
        Washington, DC  20036
        PH: (202) 463-3030
        *Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion

for Extension of Time and proposed Order was filed via ECF, this 8th day of February,

2006 with notice to the following:

> Darrell C. Valdez
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W., Civil Division
> Washington, DC 20530

/s/
Patrick M. Regan

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHARLES A. SHULER                      :

      Plaintiff,                              :

      v.                                           :   **Civil Action No. 05-2207**
                                                 **(RMU)**

UNITED STATES OF AMERICA,            :

      Defendant.                             :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

    1.    On February 2, 2006, Defendant United States of America filed its Motion to Dismiss Plaintiff's Complaint.

    2.    Plaintiff's Opposition is due to be filed on or before February 13, 2006.

    3.    Due to the good faith press of business and scheduling difficulties, Plaintiff requests an additional month to file his Opposition to Defendant's Motion.

    4.    Counsel for Defendant United States of America has agreed to the requested extension of time.

    5.    Neither party will suffer any prejudice from the relief sought by Plaintiff. This is the Plaintiff's first request for an extension of time and Plaintiff does not intend to seek any additional extensions of time regarding Defendant's Motion.

    Accordingly, Plaintiff respectfully requests that the Court enter the attached Order extending until March 13, 2006 the date for submission of his Opposition to Defendant's Motion to Dismiss.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC


By: _____/s/____

Patrick M. Regan        #336107
Thanos Basdekis         #463692
Paul Cornoni            #489398
1919 M Street, NW, Suite 350
Washington, DC  20036
PH: (202) 463-3030
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES A. SHULER                                    :

      Plaintiff,                                  :

      v.                                          :  **Civil Action No.  05-2207**
                                       **(RMU)**

UNITED STATES OF AMERICA,            :

      Defendant.                                  :

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit his Opposition to Defendant United States of America's Motion to Dismiss, and the consent of defense counsel, it is this _____ day of _____, 2006;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file his Opposition to Defendant United States of America's Motion on or before March 13, 2006.

                                    _____
                                    U.S. District Court Judge Ricardo M. Urbina

cc:    Patrick M. Regan, Esquire
        Regan, Halperin & Long, PLLC
        1919 M Street, NW, Suite 350
        Washington, DC 20036

        Darrell C. Valdez
        Assistant United States Attorney
        Judiciary Center Building

555 4th Street, N.W., Civil Division
Washington, DC 20530