| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: <br> Office of the General Counsel <br> Federal Bureau of Investigation <br> 935 Pennsylvania Avenue, N.W., Rm. 7427 <br> Washington, D.C.  20535 <br> (see attachment) | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) <br> Charles A. Shuler <br> 1020-45th St., N.E., Apt. 102 <br> Washington, D.C.  20019 <br> (see attachment) | |

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH <br> 6/25/62 | 5. MARITAL STATUS <br> Divorced | 6. DATE AND DAY OF ACCIDENT <br> 12/15/99 - Wednesday | 7. TIME (A.M. OR P.M.) <br> 8:10 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.) In or around the summer and fall of 1999, claimant Charles A. Shuler provided confidential information and other confidential assistance to employees and/or agents of the Federal Bureau of Investigation, and/or the United States Department of Justice, and/or the Drug Enforcement Administration; and/or the United States Attorney's Office for the District of Columbia with respect to certain criminal investigations and operations those individuals and/or entities were conducting at that time, including investigations into the activities of a reputed criminal, Kevin L. Gray. Claimant Shuler had a special relationship with the aforesaid individuals and/or entities, and justifiably relied on the promises of those individuals and/or entities that the identity of claimant Shuler would remain confidential and/or that claimant Shuler would be safe even if his identity were not to remain confidential and/or that    (see attachment)

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

None

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Claimant Shuler has suffered, amongst other injuries, back injuries, leg injuries, nervous system injuries, various internal injuries, and emotional injuries. Some or all of these injuries are permanent in nature. Claimant Shuler has also lost the use of both legs, as he was permanently paralyzed from the waist down as a result of being shot.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| Kevin L. Gray <br> Frank Howard <br> Timothy Handy | D.C. Department of Corrections <br> D.C. Department of Corrections <br> D.C. Department of Corrections | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| None | $20Million($20,000,000) (see attached) | None | $20 Million ($20,000,000) |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) <br> X  [signature] | 13b. Phone number of signatory <br> (202) 425-7093 | 14. DATE OF CLAIM <br> 12/12/01 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM <br> The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS <br> Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-107 <br> Previous editions not usable.   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85) <br> PRESCRIBED BY DEPT. OF JUSTICE <br> 28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☒ Yes. If yes, give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ☐ No

Medical Insurance: Capital Care, Identification No. 578900139
Auto Insurance: GMAC Insurance, POB 3199, Winston-Salem, NC 27102
Identification No. SAV851153400

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Medical Insurance: A claim was filed; a deductible is applicable
Auto Insurance: A claim was not filed.

17. If deductible, state amount

Deductible is believed to be around 20 percent

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

The claimant's medical insurer has provided coverage of medical expenses, excluding the deductible, in this case.

19. Do you carry public liability and property damage insurance? ☐ Yes. If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ☒ No

# STANDARD FORM 95

1. United States Department of Justice
   1331 Pennsylvania Avenue, N.W., Room 8098N
   Washington, D.C.  20004

   -and-

   Drug Enforcement Administration
   Office of the Chief Counsel
   Civil Litigation Section
   600 Army Navy Drive
   Arlington, Virginia  22202

   -and-

   United States Attorney's Office for the District of Columbia
   Civil Division
   555 Fourth Street, N.W., 10th Floor
   Washington, D.C.  20001

2. Attorney for Claimant Charles A. Shuler
   Patrick M. Regan, Esq.
   Regan, Halperin & Long, PLLC
   900 Nineteenth Street, N.W.
   Suite 200
   Washington, DC 20006
   (202) 463-3030

8. (cont'd) claimant Shuler would be protected from any harm which the targets of the aforesaid investigations might attempt to inflict on him. As a direct result of the negligence, gross negligence, recklessness, and/or willful and wanton conduct of the employees and/or agents of the Federal Bureau of Investigation, and/or the United States Department of Justice, and/or the Drug Enforcement Agency; and/or the United States Attorney's Office for the District of Columbia, all of which occurred during the course and scope of their employment and in violation of national standards of care, the identity of claimant Shuler was not kept confidential and was instead exposed for others, including Gray and accomplices Frank Howard and Timothy Handy, to learn. The aforesaid negligent, grossly negligent, reckless, and/or willful and wanton acts and/or omissions created and/or increased the risk of harm to claimant Shuler by third parties, including Gray, Howard and Handy, and the aforesaid individuals and/or entities with whom claimant Shuler had a special relationship failed to protect Shuler and keep him safe despite their promises of confidentiality, safety and

protection. Those promises of confidentiality, safety and protection were false, and were made negligently, recklessly and with conscious indifference to the fate of claimant Shuler. Thus, on or about December 15, 1999 at or near 1456 Smith Place, S.E., Washington, D.C., claimant Shuler was shot in the back and paralyzed by persons believed to be Howard and Handy, believed to be acting at the behest of Gray. The same or substantially similar acts and/or omissions giving rise to the tort liability of the United States also give rise to claims under the Constitution and 42 U.S.C. § 1983.

11. | Name | Address

Various FBI, DEA, DOJ and USAO employees and/or agents | Unknown

12b. In support of this claim for damages, please note that claimant Shuler has been treated by or at the following providers/institutions: Washington Hospital Center, 110 Irving Street, N.W., Washington, DC 20010; National Rehabilitation Hospital, 102 Irving Street, N.W., Washington, DC 20010; Dr. Smith of Gerald Family Care, 1160 Varnum Street, N.E., Suite 117, Washington, DC 20017; and Mid-Atlantic Podiatry Associates, 4910 Massachusetts Avenue, N.W., Suite 315, Washington, DC 20016. Claimant Shuler has attached the medical records and medical bills which are currently in his possession, and states that he is in the process of obtaining additional medical records and bills which will be submitted as supplemental information once they come into his possession. Claimant Shuler is also willing to execute a medical release for these records and bills should that be requested.