**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CHARLES A. SHULER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05cv2207 (RMU) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

_____ )

**CONSENT MOTION FOR ENLARGEMENT**
**OF TIME TO FILE REPLY MEMORANDUM**

Defendant United States of America hereby moves, pursuant to Rule 6(b) of the Federal

Rules of Civil Procedure, for a two-week enlargement of time, to April 7, 2006 to file a Reply to

Plaintiff's Opposition to Defendant's Motion to Dismiss.  In support of this motion, Defendant

states as follows:

1.      Plaintiff filed a civil action on November 10, 2005, alleging the common law tort

of negligence under the Federal Tort Claims Act, 28 U.S.C. § 2871, et seq. ("FTCA" or "the

Act").  Complaint at ¶ 26-30.  As a result, Plaintiff requests Twenty Million Dollars

($20,000,000), plus interests and costs, in damages.

2.      On February 2, 2006, Defendant filed a Motion to Dismiss, asserting that the court

lacks subject matter jurisdiction over the Plaintiff's tort claim in that it is barred by the

discretionary function exception of the FTCA; fails to state a private analogue under local law;

raises a claim of misrepresentation which is excluded from the waiver of sovereign immunity;

and exceeds the scope of the claims raised at the administrative level.

3.      Plaintiff filed an Opposition to the Defendant's Motion to Dismiss on March 13, 2006.  Defendant's Reply Memorandum is currently due on March 23, 2006.

4.      The enlargement is needed because the undersigned Assistant United States Attorney is currently involved in other matters, including but not limited to preparing dispositive and procedural motions in Dage v. Johnson, 04cv0221 (JGP), a dispositive motion in Lewis Bey v. Dept. of Justice, 05cv2241 (JGP); and discovery matters in Chin v. England, 03-cv-2304 (RWR), as well as preparing an appellate brief in Czekalski v. Mineta, 05-5221, and is unable to timely prepare a Reply in this matter.  Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

5.      Pursuant to Local Rule 7(m), counsel for the Defendant called Plaintiff's counsel to discuss the above motions.  Plaintiff's counsel advised government counsel that Plaintiff consents to the requested enlargement of time.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to file a Reply memorandum up to and including April 7, 2006.

Respectfully submitted,

  /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

  /s/ Rudolph C. Contreras
RUDOLPH CONTRERAS, D.C. Bar No.  434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530