UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. SHULER,)<br>)<br>Plaintiff,)<br>)<br>v.)<br>)<br>UNITED STATES OF AMERICA,)<br>)<br>Defendant.)<br>) | Civil Action No. 05cv2207 (RMU) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Reply Memorandum, and the fact that Plaintiff consents thereto, it is this _____ day of _____, 2006

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on or before April 7, 2006.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE