## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES SHULER, | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 05-2207 (RMU) |
| v. | : | |
| | : | Document No.: 10 |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 21st day of August, 2006, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

                                                                                 RICARDO M. URBINA
                                                        United States District Judge