UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SHULER, :
:
      Plaintiff, :
: Civil Action No.: 05-2207 (RMU)
v. :
: Document No.: 10
UNITED STATES OF AMERICA, :
:
      Defendant. :

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 21st day of August, 2006, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**.

                                       RICARDO M. URBINA
                                       United States District Judge

Kerns, Ellen

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Monday, August 21, 2006 4:39 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-02207-RMU SHULER v. UNITED STATES OF AMERICA "Order on Motion to Dismiss"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrmu1, entered on 8/21/2006 at 4:38 PM and filed on 8/21/2006
**Case Name:** SHULER v. UNITED STATES OF AMERICA
**Case Number:** 1:05-cv-2207
**Filer:**
**Document Number:** 15

**Docket Text:**
ORDER granting [10] Motion to Dismiss. Signed by Judge Ricardo M. Urbina on 8/21/06. (djr)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 05cv2207 Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=8/21/2006] [FileNumber=1195428-0]
[64b58ddf68571d809bd0ba487921d2bcd91462538488afba5c9546ba5625be3dddad
34ebc40a0af6144999e803fc23d9c5425e1eccd2d90a5a3cd5e2be09d19a]]

**1:05-cv-2207 Notice will be electronically mailed to:**

Paul J. Cornoni    pcornoni@rhllaw.com

Patrick M. Regan    pregan@reganfirm.com, lkurlantzick@reganfirm.com; ekerns@reganfirm.com

Darrell C. Valdez    darrell.valdez@usdoj.gov,

**1:05-cv-2207 Notice will be delivered by other means to:**

08/21/2006