**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHARLES A. SHULER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05cv2207 (RMU)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of the Plaintiff's Motion For Reconsideration, and the

Opposition thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that the Motion for Reconsideration is Denied.


_____
RICARDO M. URBINA
UNITED STATES MAGISTRATE JUDGE