# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5275**                              **September Term, 2006**

05cv02207

Filed On:

Charles A. Shuler,
    Appellant

v.

United States of America,
    Appellee



### ORDER

Upon consideration of appellee's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

Appellee is directed to file status reports at 60-day intervals beginning 60 days from the date of this order. A copy of each status report must be served on the district court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the district court proceedings in No. 05cv2207, <u>Shuler v. United States</u>.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

BY:                Nancy G. Dunn
                    Deputy Clerk