UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES A. SHULER** | : |
|     **Plaintiff,** | : |
|     v. | :   Civil Action No. 05-2207 (RMU) |
| **UNITED STATES OF AMERICA,** | : |
|     **Defendant.** | : |

## AMENDED NOTICE OF APPEAL

Plaintiff, Charles Shuler, by and through undersigned counsel, hereby files his Amended Notice of Appeal pursuant to Federal Rules of Appellate Procedures 3 and 4. Notice is hereby given that Plaintiff Charles Shuler hereby files this Appeal in the above captioned case to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Final Order of Judgment, signed, filed, and entered on August 21, 2006. The August 21, 2006 Memorandum Opinion and Order are attached hereto. (See Exhibits A and B.) A timely notice of Appeal was filed in this matter on September 7, 2006 and is attached hereto. (See Exhibit C)

Prior to the filing of this Appeal, Plaintiff filed a timely Motion for Reconsideration of the Court's August 21, 2006 Order. On May 29, 2007, the District Court denied Plaintiff's Motion for Reconsideration. Plaintiff is appealing the denial of this motion as well. Therefore, Plaintiff is filing this amended notice of appeal, pursuant to Federal Rules of Appellate Procedures 3 and 4. Plaintiff Charles Shuler hereby files this Amended Notice of Appeal in the above captioned case to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Final Orders of Judgment, signed, filed, and entered on August 21, 2006 and on May 29,

2007. The District Court's August 21, 2006 and May 29, 2007 Memorandum Opinions and Orders are attached hereto. (See Exhibits A, B, D, E)

        Respectfully submitted,

        REGAN ZAMBRI & LONG, PLLC

        By:    /s/ Patrick M. Regan
            Patrick M. Regan   #336107
            pregan@reganfirm.com
            Paul J. Cornoni   #489398
            pcornoni@reganfirm.com
            1919 M Street, NW, Suite 350
            Washington, DC  20036
            PH: (202) 463-3030
            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Notice of Appeal was filed via ECF and mailed, postage prepaid, this 6th day of June, 2007 to:

>Darrell C. Valdez
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530

By:    /s/ Patrick M. Regan
Patrick M. Regan    #336107
pregan@reganfirm.com
Paul J. Cornoni    #489398
pcornoni@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC   20036
PH: (202) 463-3030
*Counsel for Plaintiff*