UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **CHARLES A. SHULER** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2207 RMU |
| | (RMU) |
| **UNITED STATES OF AMERICA,** | : |
| Defendant. | : |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Charles A. Shuler hereby files this Appeal in the above captioned case to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion granting Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment, signed, filed, and entered on August 21, 2006. The August 21, 2006 Memorandum Opinion and Order are attached hereto. (See Exhibits A and B.)

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: _____
Patrick M. Regan        No. 336107
Paul J. Cornoni         No. 489398
1919 M Street, NW, Suite 350
Washington, D.C. 20036
PH: (202) 463-3030
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was mailed, postage prepaid, this 6th day of September, 2006 to:

>Darrell C. Valdez
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530

_____
Patrick M. Regan