# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SHULER, | : |
| Plaintiff, | : |
| v. | : Civil Action No.:   05-2207 (RMU) |
| | : Document No.:   17 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

### DENYING THE PLAINTIFF'S MOTION TO ALTER OR AMEND

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 29th day of May, 2007, it is hereby

**ORDERED** that the plaintiff's motion to alter or amend is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge